UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02150-AP

**DANIEL J. SOMORA,**

    Plaintiff,

vs.

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.   APPEARANCES OF COUNSEL**

For Plaintiff:

    Patrick C.H. Spencer, II
    Attorney for Plaintiff
    Spencer & Spencer, P.C.
    830 Tenderfoot Hill Road, Suite 320
    Colorado Springs, CO 80906
    719-632-4808
    Patrick@2spencers.com

For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant U.S. Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    d_meachum@hotmail.com; debra.meachum@ssa.gov

**1. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g)**.**

**2. DATES OF FILING OF RELEVANT PLEADINGS**

    **1. Date Complaint Was Filed: 10/26/05.**

    **2. Date Complaint Was Served on U.S. Attorney's Office: 10/28/06**.

    **3. Date Answer Was Filed: 12/22/05.**

**3. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states that the record is complete and accurate.
Plaintiff states that the record is complete and accurate.

**4. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant does not intend to submit additional evidence.
Plaintiff does not intend to submit additional evidence.

**5. STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

Defendant states that this case does not raise unusual claims or defenses.
Plaintiff states that this case does not raise unusual claims or defenses.

**6. OTHER MATTERS**

Defendant states that there are no other matters to raise at this time.
Plaintiff states that there are no other matters to raise at this time.

**7. PROPOSED BRIEFING SCHEDULE**

    **1. Plaintiff's Opening Brief Due: February 17, 2006.**
    **2. Defendant's Response Brief Due: March 24, 2006.**
    **3. Plaintiff's Reply Brief (if any) Due: April 10, 2006.**

**8. STATEMENTS REGARDING ORAL ARGUMENT**

    **1. Plaintiff does/does not request oral argument.**
    **2. Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.    (X)    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

Defendant states that there are no other matters to raise at this time.
Plaintiff states that there are no other matters to raise at this time.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 17th day of January, 2006.

BY THE COURT:

s/John L. Kane
U. S. District Court Judge

APPROVED:

**s/Patrick Spencer 1/11/06**
Patrick Spencer, II, Esq.
Spencer & Spencer, P.C.
Attorney for Plaintiff
830 Tenderfoot Hill Road, #320
Colorado Springs, CO 80906

**s/Debra J. Meachum 1/11/06**
Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294

**s/Kurt J. Bohn 1/11/06**
Kurt J. Bohn
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

Attorneys for Defendant