UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02150-WYD

DANIEL J. SOMORA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filed January 3, 2008). The Court, having reviewed the motion and being fully advised in the premises,

    ORDERS that Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) is **GRANTED**. In accordance therewith, Defendant is ordered to pay the amount of $4,500.00 to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

    Dated January 17, 2008

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           U. S. District Judge